**No. 39017.**—Protest 158669–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39018.**—Protests 106255–G, etc., of S. Heims Sons (N. Y.) et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE FIRST DIVISION, JULY 19, 1938

**No. 39019.**—Protest 811377–G of Butler Brothers (Baltimore).

Opinion by SULLIVAN, J. The articles in question are described as cardboard cylinders with one end perforated. Inside is a bellows in chief value of earthy or mineral substances with a voice to represent the sounds made by cows, sheep, etc. They were found not to be toys and held dutiable at 40 percent under paragraph 214. Abstracts 25574 and 28952 followed.

**No. 39020.**—Protest 748811–G of Andre Debrie, Inc. (New York).

Opinion by SULLIVAN, J. It was found that the cameras in question would not function without the finders and that these finders are "integral, constituent, or component parts" thereof, and necessary to their proper operation. *United States* v. *Willoughby Camera Stores* (21 C. C. P. A. 322, T. D. 46851) cited. On the authority of *Paramount Publix* v. *United States* (T. D. 46956) it was found that the tripods are dutiable as parts of cameras. The claim at 20 percent under paragraph 1551 was sustained. *United States* v. *Zeiss* (24 C. C. P. A. 145, T. D. 48624) cited.

**No. 39021.**—Protests 689087–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable at 30 percent under paragraph 1502, as follows: (1) uninflated rubber balls, *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770); (2) rubber footballs, Abstract 27179; and (3) tennis rackets, *Woolworth* v. *United States* (T. D. 48573) followed.